# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 19-31032-DOF | | Trustee Name: | Collene K. Corcoran |
| Case Name: | STATE ROAD BRIGHTON, LLC | | Date Filed (f) or Converted (c): | 04/25/2019 (f) |
| For the Period Ending: | 4/30/2019 | | §341(a) Meeting Date: | 06/03/2019 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Cash on hand | $1,000.00 | Unknown | | $0.00 | Unknown |
| 2 Comerica Bank. Current balance is approximate | $6,000.00 | Unknown | | $0.00 | Unknown |
| 3 Accounts receivable | $1,500.00 | Unknown | | $0.00 | Unknown |
| 4 Food and liquor | $16,500.00 | Unknown | | $0.00 | Unknown |
| 5 Desk and chair (no value) | $0.00 | Unknown | | $0.00 | Unknown |
| 6 Computers and Point of sale machines | $500.00 | Unknown | | $0.00 | Unknown |
| 7 Wall art | $1,000.00 | Unknown | | $0.00 | Unknown |
| 8 Restaurant equipment-See Itemized list at end of Schedule B | $5,000.00 | Unknown | | $0.00 | Unknown |
| 9 9475 Village Place Blvd., Brighton, MI 48116 (depreciation schedule available) Believed to have limited value because Lessee interest in Ground Lease which is in default | Unknown | Unknown | | $0.00 | Unknown |
| 10 Domain name | $0.00 | Unknown | | $0.00 | Unknown |
| 11 Liquor license | $60,000.00 | Unknown | | $0.00 | Unknown |
| 12 Customer list | $0.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$91,500.00     $0.00        $0.00     $0.00

**Major Activities affecting case closing:**
04/30/2019    Trustee investigating/liquidating business assets.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/30/2021 | /s/ COLLENE K. CORCORAN |
| **Current Projected Date Of Final Report (TFR):** | 04/30/2021 | COLLENE K. CORCORAN |