UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:                                              CASE NO. 19-31032
STATE ROAD BRIGHTON, LLC,                           CHAPTER 7
                                                    HON. DANIEL S. OPPERMAN
        Debtor.
_____/

**TRUSTEE'S MOTION TO SELL ASSETS PURSUANT TO 11 U.S.C. §363(f) FREE AND CLEAR OF LIENS, WITH LIENS TO TRANSFER TO THE PROCEEDS OF THE SALE**

The Chapter 7 Trustee, by and through her counsel, Collene K. Corcoran, hereby files this Motion to Sell Assets Pursuant to 11 U.S.C. §363(f) Free and Clear of Liens, and pursuant to Bankruptcy Rules 2002 and 6004 and LBR 6004-1, requesting approval to sell the certain assets owned by the Debtor, to a private buyer for the sum of $10,000. The Debtor was in the restaurant business pre-petition, and the purchaser of the Assets is the Debtor's landlord. The Trustee was informed that there are no liens on the business assets for this sale; however, Schedule E indicates priority tax debt owed to the State of Michigan in the amount of $194,238.33. The Trustee intends to use the sales proceeds to pay the Debtor's creditors according to the priorities set forth in the Bankruptcy Code. In support of the Motion, the Trustee states as follows:

1. On April 25, 2019**,** the Debtor filed this voluntary Chapter 7 bankruptcy petition.

2. Collene K. Corcoran was appointed the interim trustee in this case. Since there was no election of a permanent trustee, Collene Corcoran became the permanent trustee in this case.

3. The first meeting of creditors is scheduled for June 3, 2019.

4. Pre-petition, the Debtor operated as a restaurant called Johnny Carino's Country Italian Restaurant.

5. On Schedule B, the debtor listed office furniture, and computers in the amount of $500.00, wall art in the amount of $1,000, and restaurant equipment in the amount of $5,000. The Debtor also attached a list of equipment to the Schedules.

6. In addition, the Debtor owns a Class C Liquor License valued on Schedule B in the amount of $60,000, but the liquor license is **not** part of this sale.

7. The only secured creditor listed on Schedule D is Gordon Food Service, Inc., which has a lease on the Dishwashing Machine. However, Gordon Food Service has already removed this asset from the premises on May 8, 2019.

8. The Debtor listed priority tax debt owed to the State of Michigan in the amount of $194,238.33, but upon information and belief, does not hold a security interest in the assets.

9. The Trustee found a buyer for the business assets, and intends to sell the personal property used in the operation of the Debtor's restaurant business located at 9475 Village Place Blvd, Brighton, MI 48116 to the Debtor's landlord, Green Oak I, LLC, for the sum of $10,000.

10. As part of the consideration of this sale, the Purchaser, Green Oak I, LLC, agrees not to assert an administrative claim for the post-petition unpaid rent owed from the petition date of April 25, 2019 to the date of the closing, with the closing to be held no later than June 20, 2019.

11. Because this sale is a private sale, the estate will not incur any auctioneer fees or expenses for moving the items from the leased premises.

12. The Trustee is selling the business assets to satisfy the Debtor's creditors according to the priorities set forth in the Bankruptcy Code.

13. The Trustee is selling the Assets "AS IS WHERE IS," with no representations except as to title.

14. Section 363(b) of the Bankruptcy Code states that "the trustee, after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."

15. Bankruptcy Code Section 363(f) provides as follows:

**(f)** The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if—

**(1)** applicable nonbankruptcy law permits sale of such property free and clear of such interest;
**(2)** such entity consents;
**(3)** such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
**(4)** such interest is in bona fide dispute; or
**(5)** such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

16. The Trustee believes that she meets the requirements of §363(f) as there are not any known liens on the Assets proposed to be sold herein, and the Trustee believes the sale is in the best interests of creditors.

WHEREFORE, the Chapter 7 Trustee, Collene K. Corcoran, respectfully requests that this Court enter an Order authorizing the sale under the terms proposed herein.

Respectfully submitted,

Dated: May 16, 2019

/s/ Collene K. Corcoran
Collene K. Corcoran (P41500)
Attorney for Chapter 7 Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:  
STATE ROAD BRIGHTON, LLC,

        Debtor.
_____/

CASE NO. 19-31032  
CHAPTER 7  
HON. DANIEL S. OPPERMAN

**ORDER GRANTING TRUSTEE'S MOTION TO SELL ASSETS
PURSUANT TO 11 U.S.C. §363(f) FREE AND CLEAR OF LIENS**

This matter having come before the Court on the Trustee's Motion to Sell Assets Pursuant to 11 U.S.C. §363(f) Free and Clear of Liens, and there being no objection to the Motion or all objections being resolved;

**IT IS ORDERED** that the Trustee's Motion is granted.

**IT IS FURTHER ORDERED** that the Trustee is authorized to sell the personal property used in the operation of the Debtor's restaurant business located at 9465 Village Place Blvd., Brighton, MI 48116 (which assets include restaurant equipment, furniture, pots and pans, dishes, kitchen equipment, appliances, tables and chairs, silverware and miscellaneous items (but specifically excluding the Class C liquor license and the SDM liquor license), Free and Clear of Liens, to the Purchaser, Green Oak I, LLC, for the purchase price of $10,000.

**IT IS FURTHER ORDERED** that as part of the consideration for this sale, the Debtor's Landlord, Green Oak I, LLC, shall not the assert an administrative rent claim against the estate in this case for any post-petition unpaid rent from the petition date of April 25, 2019 through the date of closing, which closing shall occur no later than June 20, 2019.

**IT IS FURTHER ORDERED** that the Trustee is authorized to utilize the proceeds from this sale to pay the Debtor's creditors according to the priorities set forth in the Bankruptcy Code.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:  
STATE ROAD BRIGHTON, LLC,

        Debtor.
_____/

CASE NO. 19-31032
CHAPTER 7
HON. DANIEL S. OPPERMAN

**NOTICE OF TIME TO RESPOND TO**
**TRUSTEE'S MOTION TO SELL ASSETS PURSUANT TO 11 U.S.C. §363(f)**
**FREE AND CLEAR OF LIENS WITH LIENS TO TRANSFER TO PROCEEDS**

        Chapter 7 Trustee, Collene K. Corcoran, has filed papers with the Court to sell the certain business assets owned by the debtor to Green Oak I, LLC for the sum of $10,000. The assets consist of personal property used in the operation of the Debtor's business at 9465 Village Place Blvd., Brighton, MI 48116, including restaurant equipment, furniture, pots and pans, dishes, kitchen equipment, appliances, tables and chairs, silverware and miscellaneous items (but <u>specifically excluding t</u>he Class C liquor license and the SDM liquor license)(the "Assets"). As part of the consideration for selling the Assets to this purchaser, the landlord, the Purchaser agrees not to asset any administrative claim in this case for post-petition unpaid rent from the date of the petition through the date of closing, which shall not be later than June 20, 2019. Upon information and belief, there are no liens on the property. The sale is a cash sale, with no warranties or representations of any kind, except as to title. The funds will be used to pay the Debtor's creditors according to the priorities set forth in the Bankruptcy Code. By selling the assets to this purchaser, the estate does not incur any costs of an auctioneer commission or expenses for moving the items. The items were valued by the Debtor on its schedules in the amount of $6,500. The Trustee believes this sale is in the best interest of creditors.

        **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

        If you do not want the court to authorize the Trustee's Motion to Sell Assets, or if you want the Court to consider your views on the motion, **within 21 days after service of this Notice**, you or your attorney must:
1. File with the Court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
**226 West Second Street**
**Flint, MI 48502**

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.
You must also mail a copy to:
**Collene K. Corcoran, Trustee**
**PO Box 535**
**Oxford, MI 48371**
2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, and may enter an order granting the relief.**

Dated: May 16, 2019

        Respectfully submitted,
        <u>/s/ Collene K. Corcoran</u>
        Collene K. Corcoran (P41500)
        Attorney for Chapter 7 Trustee
        PO Box 535
        Oxford, MI 48371
        (248) 969-9300
        trusteecorcoran@gmail.com

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

IN RE:                                           CASE NO. 19-31032
**STATE ROAD BRIGHTON, LLC,**          **CHAPTER 7**
                                                            **HON. DANIEL S. OPPERMAN**

                **Debtor.**
_____/

## PROOF OF SERVICE

       I certify that May 16, 2019, I electronically filed the **TRUSTEE'S MOTION TO SELL ASSETS PURSUANT TO 11 U.S.C. §363(f) FREE AND CLEAR OF LIENS, PROPOSED ORDER, NOTICE OF TIME TO RESPOND TO TRUSTEE'S MOTION TO SELL ASSETS AND PROOF OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following**:**

Office of the United States Trustee
paul.randel@usdoj.gov

Michael D. Lieberman
mike@lgcpllc.com

and I hereby certify that on May 16, 2019, I have mailed by U.S. Postal Service the **NOTICE OF TIME TO RESPOND TO TRUSTEE'S MOTION TO SELL ASSETS** to the following parties:

all those on the attached matrix via first class US mail, postage prepaid.

                                                                 /s/ Collene K. Corcoran
                                                                  Collene K. Corcoran (P41500)
                                                                  PO Box 535
                                                                   Oxford, MI 48371
                                                                   (248) 969-9300
                                                                   trusteecorcoran@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-4<br>Case 19-31032-dof<br>Eastern District of Michigan<br>Flint<br>Thu May 16 13:15:14 EDT 2019 | State Road Brighton, LLC<br>13009 W State Road<br>Grand Ledge, MI 48837-9645 | Adkison, Need & Allen, PLLC<br>39572 Wood Ave., Ste. 222<br>Bloomfield Hills, MI 48304 |
| Bluestone Franchising Company, LLC<br>Attn: Allan Gantes, Manager<br>P.O. Box 53890<br>Irvine, CA 92619-3890 | CDI<br>250 Stevenson Hwy.<br>Troy, MI 48083-1117 | Clark Hill, PLC<br>Attn: David M. Blau, Esq.<br>151 S Old Woodward Ave., Ste. 200<br>Birmingham, MI 48009-6103 |
| Continental Linen Service<br>4200 Manchester Road<br>Kalamazoo, MI 49001-0835 | Gordon Food Service<br>PO Box 1787<br>Grand Rapids, MI 49501-1787 | Gordon Food Service, Inc.<br>Payment Processing Center<br>Dept. CH 10490<br>Palatine, IL 60055-0490 |
| Green Oak Owner 1, LLC<br>L-3851<br>Columbus, OH 43260-0001 | Green Oak Owner 1, LLC<br>c/o David M. Blau, Esq.<br>Clark Hill PLC<br>151 S. Old Woodward Ave., Ste. 200<br>Birmingham, MI 48009-6103 | Green Oak Owner 1, LLC/REDICO<br>c/o Paul Stodulski<br>One Towne Square, Ste 1600<br>Southfield, MI 48076-3728 |
| LaGrasso Brothers<br>5001 Bellevue<br>PO Box 2638<br>Detroit, MI 48202-0638 | Michigan Department of Treasury<br>Collection Division<br>PO Box 30168<br>Lansing, MI 48909-7668 | Michigan Department of Treasury<br>Department 77569<br>PO Box 77000<br>Detroit, MI 48277-0569 |
| Michigan Department of Treasury***<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909-7668 | State Road Partners, LLC<br>Christopher Stevens, Registered Agent<br>18635 Canturbury Drive<br>Livonia, MI 48152-3385 | State of Michigan<br>Department of Attorney General<br>PO Box 30213<br>Lansing, MI 48909-7713 |
| State of Michigan<br>MI Accounts Receivable Collection Syst.<br>PO Box 30158<br>Lansing, MI 48909-7658 | State of Michigan<br>Office of Collections<br>PO Box 30149<br>Lansing, MI 48909-7649 | State of Michigan - Sales Tax<br>Department of Treasury<br>Collection Division<br>PO Box 77003<br>Detroit, MI 48277-0003 |
| Collene K. Corcoran<br>P.O. Box 535<br>Oxford, MI 48371-0535 | Michael D. Lieberman<br>31313 Northwestern Hwy.<br>Suite 200<br>Farmington Hills, MI 48334-2577 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Green Oak Owner 1, LLC | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients    1<br>Total    23 | |