UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:  
**STATE ROAD BRIGHTON, LLC,**

Case No. 19-31032  
Chapter 7  
Hon. Daniel S. Opperman

**Debtor.**
_____/

### TRUSTEE'S MOTION TO REJECT LEASE PURSUANT TO 11 U.S.C. §365

The Chapter 7 Trustee, Collene K. Corcoran, hereby files her Motion to Reject the Lease for the Real Estate located at 9475 Village Place Blvd., Brighton, MI 48116. Pursuant to 11 U.S.C. §365 and in support of her Motion states as follows:

1. The debtor filed a Chapter 7 bankruptcy petition on April 25, 2019.

2. Collene K. Corcoran was appointed the Trustee.

3. At the time of the filing of the bankruptcy case, the Debtor was leasing business premises from Green Oak Owner I, LLC for the operation of a restaurant at 9475 Village Place Blvd, Brighton, Michigan.

4. The Trustee has determined that there is no benefit to retain the lease and that she should reject the lease for the real property located at 9475 Village Place Blvd., Brighton, Michigan, as the estate will not be operating the business, and the Trustee has already filed a Motion to Sell the Assets at that location to the landlord, Green Oak Owner I, LLC (see court docket no. 12).

5. 11 U.S.C. §365 states in pertinent part as follows:

**(a)** Except as provided in sections 765 and 766 of this title and in subsections (b), (c), and (d) of this section, the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor.

6. The Trustee believes that the rejection of the lease for the business premises is in the best interests of creditors, because the estate will transfer the real estate back to the landlord as soon as possible and reduce the liability of the estate for the premises.

WHEREFORE, for the reasons stated herein, the Trustee requests that this Honorable Court grant the Trustee's Motion to Reject Lease Pursuant to 11 U.S.C. §365(a).

Respectfully submitted,

/s/ Collene K. Corcoran
Collene K. Corcoran (P41500)
Attorney for Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

Dated: May 24, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

**In re:**                                                 **Case No. 19-31032**
**STATE ROAD BRIGHTON, LLC,**        **Chapter 7**
                                                                   **Hon. Daniel S. Opperman**

                      **Debtor.**
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO REJECT LEASE
PURSUANT TO 11 U.S.C. §365**

      This matter having come before the Court on the Trustee's Motion to Reject Lease Pursuant to 11 U.S.C. §365, and the Court having set the matter for hearing, or the Court finding that there was no response to the Motion,

      IT IS HEREBY ORDERED that the Trustee's Motion is Granted.

      IT IS HEREBY ORDERED that the estate's interest in the lease for the premises located at 9475 Village Place Blvd., Brighton, Michigan 48116, is rejected.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

**In re:**  Case No. 19-31032
**STATE ROAD BRIGHTON, LLC,**  Chapter 7
 Hon. Daniel S. Opperman

          **Debtor.**
_____/

NOTICE OF TIME TO RESPOND TO
TRUSTEE'S MOTION TO REJECT LEASE
PURSUANT TO 11 U.S.C. §365

Chapter 7 Trustee, Collene K. Corcoran, , has filed papers with this Court to allow the Chapter 7 Trustee to Reject the Lease for the business at 9475 Village Place Blvd, Brighton, Michigan 48116. The commercial lease was for a restaurant which was leased from Green Oak Owner I, LLC, and the estate will not be operating any business at that location. The Trustee believes that the rejection of the lease for the business premises is in the best interests of creditors.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to sustain the Trustee's Motion or if you want the Court to consider your views on the motion, **within 21 days,** you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court
226 W. Second Street
Flint, MI 48502**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

**Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI 48371**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: May 24, 2019

/s/ Collene K. Corcoran
Collene K. Corcoran (P41500)
Attorney for Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

**In re:**                                                  **Case No. 19-31032**
**STATE ROAD BRIGHTON, LLC,**       **Chapter 7**
                                                          **Hon. Daniel S. Opperman**

                 **Debtor.**
_____/

## PROOF OF SERVICE

      I certify that on May 24, 2019, I electronically filed the *Trustee's Motion to Reject Lease Pursuant to 11 U.S.C. §365, proposed Order, Notice of Time to Respond, and Proof of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
Paul.Randel@usdoj.gov

Michael D. Lieberman
mike@lgcpllc.com


and I hereby certify that on May 24, 2019, I have mailed by U.S. Postal Service, postage prepaid, the *Trustee's Notice of Time to Respond to Trustee's Motion to Reject Lease* to the following non-ECF participants:

All parties on the attached matrix.


                                                                                   Respectfully submitted,

                                                                                    /s/ Collene K. Corcoran
Dated: May 24, 2019                                  Collene K. Corcoran (P41500)
                                                                                    Attorney for Trustee
                                                                                    PO Box 535
                                                                                    Oxford, MI 48371
                                                                                    (248) 969-9300
                                                                                    trusteecorcoran@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-4<br>Case 19-31032-dof<br>Eastern District of Michigan<br>Flint<br>Fri May 24 12:19:46 EDT 2019 | State Road Brighton, LLC<br>13009 W State Road<br>Grand Ledge, MI 48837-9645 | Adkison, Need & Allen, PLLC<br>39572 Wood Ave., Ste. 222<br>Bloomfield Hills, MI 48304 |
| Bluestone Franchising Company, LLC<br>Attn: Allan Gantes, Manager<br>P.O. Box 53890<br>Irvine, CA 92619-3890 | CDI<br>250 Stevenson Hwy.<br>Troy, MI 48083-1117 | Clark Hill, PLC<br>Attn: David M. Blau, Esq.<br>151 S Old Woodward Ave., Ste. 200<br>Birmingham, MI 48009-6103 |
| Continental Linen Service<br>4200 Manchester Road<br>Kalamazoo, MI 49001-0835 | Gordon Food Service<br>PO Box 1787<br>Grand Rapids, MI 49501-1787 | Gordon Food Service, Inc.<br>Payment Processing Center<br>Dept. CH 10490<br>Palatine, IL 60055-0490 |
| Green Oak Owner 1, LLC<br>L-3851<br>Columbus, OH 43260-0001 | Green Oak Owner 1, LLC<br>c/o David M. Blau, Esq.<br>Clark Hill PLC<br>151 S. Old Woodward Ave., Ste. 200<br>Birmingham, MI 48009-6103 | Green Oak Owner 1, LLC/REDICO<br>c/o Paul Stodulski<br>One Towne Square, Ste 1600<br>Southfield, MI 48076-3728 |
| LaGrasso Brothers<br>5001 Bellevue<br>PO Box 2638<br>Detroit, MI 48202-0638 | Michigan Department of Treasury<br>Collection Division<br>PO Box 30168<br>Lansing, MI 48909-7668 | Michigan Department of Treasury<br>Department 77569<br>PO Box 77000<br>Detroit, MI 48277-0569 |
| Michigan Department of Treasury***<br>Collection/Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909-7668 | State Road Partners, LLC<br>Christopher Stevens, Registered Agent<br>18635 Canturbury Drive<br>Livonia, MI 48152-3385 | State of Michigan<br>Department of Attorney General<br>PO Box 30213<br>Lansing, MI 48909-7713 |
| State of Michigan<br>MI Accounts Receivable Collection Syst.<br>PO Box 30158<br>Lansing, MI 48909-7658 | State of Michigan<br>Office of Collections<br>PO Box 30149<br>Lansing, MI 48909-7649 | State of Michigan - Sales Tax<br>Department of Treasury<br>Collection Division<br>PO Box 77003<br>Detroit, MI 48277-0003 |
| Collene K. Corcoran<br>P.O. Box 535<br>Oxford, MI 48371-0535 | Michael D. Lieberman<br>31313 Northwestern Hwy.<br>Suite 200<br>Farmington Hills, MI 48334-2577 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Green Oak Owner 1, LLC

End of Label Matrix
Mailable recipients    22
Bypassed recipients     1
Total                  23