UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

| | |
|---|---|
| IN RE:<br>STATE ROAD BRIGHTON, LLC,<br><br>Debtor<br>_____/ | Chapter 7<br>Case No. 19-31032-jda<br>Hon. Joel D. Applebaum |

**TRUSTEE'S REPORT OF SALE**

The Chapter 7 Trustee, Collene K. Corcoran, hereby submits this Report of Sale pursuant to Bankruptcy Rule 6004, and states as follows:

1. On May 16, 2019, the Trustee filed her Motion to Sell Assets Free and Clear of Liens Pursuant to 11 USC §363(f) and Transferring Liens to Proceeds. Notice of the Motion was served on all creditors and parties in interest as evidenced by the Proof of Service on file with the Court.

2. On May 16, 2019, the Trustee filed the Ex Parte Motion to Shorten Time for Filing Objection to Trustee's Motion to Sell Assets, and the Court entered the Order Granting the Ex Parte Motion on May 16, 2019.

3. There were no objections to the Motion to Sell Assets, and on May 31, 2019, the Court entered the Order Granting the Trustee's Motion to Sell Assets.

4. The total gross proceeds received from the sale was $10,000.00.

5. The assets sold consisted of business assets used in the debtor's restaurant business, including restaurant equipment, furniture, pots and pans, dishes, kitchen equipment, appliances, but specifically excluding the Class C liquor license and SDM liquor license.

Respectfully submitted,

Dated: June 10, 2019

/s/ Collene K. Corcoran, Trustee
Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com