UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

**STATE ROAD BRIGHTON, LLC,**

**Case No. 19-31032**
**Chapter 7**
**Hon. Joel D. Applebaum**

Debtor.

_____/

### FIRST INTERIM FEE APPLICATION OF ATTORNEY FOR TRUSTEE COLLENE K. CORCORAN FOR SERVICES RENDERED FROM APRIL 30, 2019 THROUGH JULY 19, 2019 PURSUANT TO 11 U.S.C. §330

Counsel for the Chapter 7 Trustee, Collene K. Corcoran, hereby files her First Interim Fee Application for Services Rendered from April 30, 2019 through July 19, 2019 and in support of this application, states as follows:

1.  **History of the Case**

The Debtor filed its voluntary Chapter 7 petition on April 25, 2019. Collene K. Corcoran was appointed the Chapter 7 Trustee. The §341 hearing was held on June 3, 2019. The Trustee retained Collene K. Corcoran ("Applicant") as counsel for the Trustee on April 30, 2019 to investigate the debtor's business assets and to assist in the sale of the assets, and to defend or pursue any litigation which may arise in this case.

2.  **Total Amount of Fees Requested**: Applicant is requesting fees for professional services in the amount of $5,040.00, and reimbursement of expenses in the amount of $223.90.

3.  **Time Period During Which Services were Rendered**: April 30, 2019 to July 19, 2019.

4.  **Services Rendered and Benefits Obtained**: The debtor owned and operated a restaurant in Brighton at the time of the filing of the case. Applicant was able to successfully negotiate a sale for the furniture, fixtures and kitchen equipment for the amount of $10,000 with the provision that the landlord will have no claim for administrative rent. In addition, Applicant collected the funds on hand at the time of the filing and returned all leased equipment to the owners. Currently, the funds in the estate total $15,921. The

sale of the property benefitted the unsecured creditors.

5. **Status of Litigation:** There is currently no pending litigation.

6. **Current Status of Case**: The Trustee is in the process of selling the liquor license and determining whether any other potential causes of action exist to pursue.

7. **Future Services:** Applicant has filed objections to some claims, and future litigation may be necessary on these objections to claims.

8. **Unpaid Administrative Expenses**: The unpaid administrative expenses include Trustee statutory fees in the amount of $2,342.00 (based on the gross proceeds received to date of $15,921.00) and expenses in the amount of $50. The Trustee fees will increase after the sale of the liquor license. The estate will have to retain an accountant to prepare the estate's final tax returns.

9. **Services by More Than One Attorney and Paralegal**: None.

10. **Prior Applications:** None.

11. The Chapter 7 Trustee approves of this Application.

12. The Applicant attaches the following Exhibits to this Application:

Exhibit 1 – Proposed Fee Order

Exhibit 2 – Applicant's Employment Order/Affidavit of Disinterestedness

Exhibit 3 - Summary of Hours

Exhibit 4 – Itemized Time Records in chronological order of each specific service for which an award of compensation is sought. These time records indicate (i) the date each service was rendered; (ii) description with particularity of the services rendered; (iii) identification of the attorney/paralegal that performed the services; (iv) the time spent performing the service.

Exhibit 5 - Brief Biological Statement of the Applicant

Exhibit 6 – Statement of Expenses

WHEREFORE, the attorney for the Chapter 7 Trustee, Collene K. Corcoran, requests that this Honorable Court approve the Applicant's First Interim Fee Application for fees in the amount of $5,040.00 and expenses in the amount of $223.90.

Respectfully submitted,

/s/ Collene K. Corcoran
Collene K. Corcoran (P41500)
Attorney for the Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

Dated: July 19, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

In re:

**STATE ROAD BRIGHTON, LLC,**

                            **Debtor.**

_____/

**Case No. 19-31032**
**Chapter 7**
**Hon. Joel D. Applebaum**

## ORDER GRANTING FIRST INTERIM FEE APPLICATION OF ATTORNEY FOR TRUSTEE COLLENE K. CORCORAN FOR SERVICES RENDERED FROM APRIL 30, 2019 THROUGH JULY 19, 2019 PURSUANT TO 11 U.S.C. §330

     This matter having come before the Court on the First Interim Fee Application of Attorney for the Trustee Collene K. Corcoran for Services Rendered from April 30, 2019 through July 19, 2019 pursuant to 11 U.S.C. §330, and the Court being fully advised;

     IT IS HEREBY ORDERED that the First Interim Fee Application of Attorney for the Trustee , Collene K. Corcoran, is Approved.

     IT IS HEREBY FURTHER ORDERED that Collene K. Corcoran, attorney for the Chapter 7 Trustee, is awarded attorney fees in the amount of $5,040.00 and expenses in the amount of $223.90.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – FLINT**

**In re:**

**STATE ROAD BRIGHTON, LLC,**

**Chapter 7**
**Case No. 19-31032**
**Hon. Daniel S. Opperman**

                                        **Debtor.**
_____/

<u>**AFFIDAVIT OF DISINTERESTEDNESS**</u>

STATE OF MICHIGAN          )
                                              )SS.
COUNTY OF OAKLAND      )

      I, Collene K. Corcoran, being first duly sworn says the she is an attorney licensed in the State of Michigan, and that she is authorized to make this Affidavit, that she has never been employed by or had any connection with the Debtor, Debtor's creditors, or any other party in interest, their respective attorneys, accountants, or the U.S. Trustee; that she has no interest adverse to the Debtor, the creditors or the estate; that she is a disinterested person as defined by 11 U.S.C. §101(14), and that she knows no reason why she cannot act as counsel for the Trustee.

      Collene K. Corcoran, in her capacity as Trustee of this bankruptcy estate, has requested that Collene K. Corcoran act as her attorney in this matter. Hourly rates are as follows:

              Collene K. Corcoran          $300.00

      Any direct out of pocket costs will be charged to the estate. Collene K. Corcoran will not be paid any fees or costs without prior Court approval as required by 11 U.S.C. §331.


                      /s/ Collene K. Corcoran
                      Collene K. Corcoran (P41500)
                      Attorney for the Trustee
                      PO Box 535
                      Oxford, MI 48371
                      (248) 969-9300
                      trusteecorcoran@gmail.com


Subscribed and sworn to before me this 30th
day of April, 2019

/s/ Jessica A. Will
Jessica A. Will
Notary Public, State of Michigan, County of Lapeer
Acting in Oakland County
My Commission Expires: 09/06/2020

EXHIBIT 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**In re:**

**STATE ROAD BRIGHTON, LLC,**

**Case No. 19-31032**
**Chapter 7**
**Hon. Joel D. Applebaum**

**Debtor.**
_____/

### SUMMARY OF HOURS

Collene K. Corcoran  –    16.80  hours @ $300 per hour = $5,040.00

# TIME AND BILLING
# TIME REPORT

**Case No.:** <u>19-31032-JDA</u>

**Case Name:** <u>STATE ROAD BRIGHTON, LLC</u>

**Start Date:** <u>4/30/2019</u>

**End Date:** <u>7/19/2019</u>

**Trustee Name**

<u>Collene K. Corcoran</u>

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|

**Firm Name: Collene K. Corcoran**

**Professional: Collene K. Corcoran**

| | RATE | TIME SPENT | TOTAL | BILLABLE TIME | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 04/30/2019: Prepare and File Affidavit of Disinterestedness. | | | | | | |
| | $300.00 | 0.30 | $90.00 | 0.30 | $90.00 | Billable |
| 04/30/2019: Telephone call from Attorney David Blau, attorney for landlord, re status of case, removal of assets inside of building, whether liquor license was pledged to landlord. | | | | | | |
| | $300.00 | 1.20 | $360.00 | 1.20 | $360.00 | Billable |
| 05/03/2019: Review of documents including franchise agreement, assignment and assumption of lease, purchase agreement. liability policy, UCC search, title commitment. | | | | | | |
| | $300.00 | 2.00 | $600.00 | 2.00 | $600.00 | Billable |
| 05/08/2019: Travel to Brighton to inspect site, meet with Gordon Food Service re removal of leased dishwasher apparatus. | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 05/10/2019: Telephone call to Atty Blau re proposed purchase of assets by his client, landlord, from estate | | | | | | |
| | $300.00 | 2.00 | $600.00 | 2.00 | $600.00 | Billable |
| 05/10/2019: Travel to Brighton to meet with Coke representative and CLS Linen Service. | | | | | | |
| | $300.00 | 0.50 | $150.00 | 0.50 | $150.00 | Billable |
| 05/10/2019: Correspondence to and from Atty Blau re offer to purchase assets, negotiations with counsel re purchase price and no charge to the estate for administrative rents. | | | | | | |
| | $300.00 | 1.20 | $360.00 | 1.20 | $360.00 | Billable |
| 05/13/2019: Prepare Purchase Agreement for asset sale, send to attorney for buyer. | | | | | | |
| | $300.00 | 0.30 | $90.00 | 0.30 | $90.00 | Billable |
| 05/16/2019: Correspondence with Attorney for landlord (several) re revisions to purchase agreement. | | | | | | |
| | $300.00 | 1.40 | $420.00 | 1.40 | $420.00 | Billable |
| 05/16/2019: Prepare Motion to Sell Assets and Ex Parte Motion to Shorten Notice of TIme to Respond to Motion. | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 05/21/2019: Correspondence with attorney for landlord re corrected order for sale of property. | | | | | | |
| | $300.00 | 1.00 | $300.00 | 1.00 | $300.00 | Billable |
| 05/24/2019: Prepare Motion to Reject lease. | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 05/28/2019: Correspondence with Attorney for landlord re rejection of lease for premises. | | | | | | |
| | $300.00 | 0.30 | $90.00 | 0.30 | $90.00 | Billable |
| 05/28/2019: Telephone call from Attorney Jessica Hallmark re purchase of liquor license. | | | | | | |
| | $300.00 | 2.00 | $600.00 | 2.00 | $600.00 | Billable |
| 05/29/2019: Meet with property manager for landlord re inspection of premises and surrender keys. | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 05/31/2019: Prepare CNR, and submit Order to Court. | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 06/03/2019: Telephone call from Attorney Jessica Hallmark, attorney for potential purchaser, re obtaining liquor license from Township. | | | | | | |
| | $300.00 | 2.00 | $600.00 | 2.00 | $600.00 | Billable |
| 06/06/2019: Prepare Bill of Sale, meeting with Attorney David Blau in Birmingham re closing. | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 06/17/2019: Telephone call to Attorney Brown re sale of liquor license. | | | | | | |
| | $300.00 | 0.20 | $60.00 | 0.20 | $60.00 | Billable |
| 06/19/2019: Prepare CNR and submit Order to Court re rejection of lease. | | | | | | |
| | $300.00 | 1.00 | $300.00 | 1.00 | $300.00 | Billable |
| 07/19/2019: Prepare First Interim Fee Application. | | | | | | |

Collene K. Corcoran billable hours = 16.80 hours @ $300.00 totalling $5,040.00

# TIME AND BILLING
## TIME REPORT

| | | |
|---|---|---|
| **Case No.:** | 19-31032-JDA | |
| **Case Name:** | STATE ROAD BRIGHTON, LLC | **Trustee Name** |
| **Start Date:** | 4/30/2019 | Collene K. Corcoran |
| **End Date:** | 7/19/2019 | |

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Project Category  Total:** | | **16.80** | | | **$5,040.00** | |

Collene K. Corcoran billable hours = 16.80 hours totalling $5,040.00

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Firm Name Collene K. Corcoran Total:** | | **16.80** | | | **$5,040.00** | |
| **TOTALS:** | | **16.80** | **$5,040.00** | **16.80** | **$5,040.00** | |

**EXHIBIT 5**

BIOGRAPHY OF COLLENE K. CORCORAN

Collene K. Corcoran graduated from University of Michigan in 1984, and Thomas M. Cooley Law School in 1988. She was admitted to practice law in the State of Michigan on May 23, 1988, and she is admitted to practice in the US District Court for the Eastern District of Michigan and the US District Court for the Western District of Michigan, as well as the United States Sixth Circuit Court of Appeals. She has clerked for two bankruptcy judges, and for over 25 years, has concentrated her practice on bankruptcy cases, primarily Chapter 7 and Chapter 11 cases, representing debtors, creditors, trustees, and creditors' committees. She is a member of the National Association of Bankruptcy Trustees, and the American Bankruptcy Institute. She has been certified in Consumer Bankruptcy by the American Board of Certification since 1996. Currently, she has served as a Chapter 7 panel trustee for the Eastern District of Michigan since 1998.

# TIME AND BILLING
## EXPENSE REPORT

**Case No.:** 19-31032-JDA

**Case Name:** STATE ROAD BRIGHTON, LLC

**Start Date:** 4/30/2018

**End Date:** 7/19/2019

**Trustee Name**

Collene K. Corcoran

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|------|------|----------|----------------|-------|----------------|
| **Claimant : Collene K. Corcoran** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **Miscellaneous Expense** | | | | | |
| 05/16/2019 | $181.000 | 1.00 | $181.00 | $181.00 | Billable |
| Description: Court filing fee for Motion to Sell Assets free and clear of liens. | | | | | |
| | | **Miscellaneous Expense Total:** | **$181.00** | **$181.00** | |
| **Postage** | | | | | |
| 05/16/2019 | $0.550 | 26.00 | $14.30 | $14.30 | Billable |
| Description: Postage for Notice of Time to Respond to Motion to Sell Assets, Ex Parte notice of time to respond. | | | | | |
| 05/24/2019 | $0.550 | 26.00 | $14.30 | $14.30 | Billable |
| Description: Postage for Notice of Time to Respond to Motion to Reject Lease. | | | | | |
| 07/19/2019 | $0.550 | 26.00 | $14.30 | $14.30 | Billable |
| Description: Postage for Notice of Time to respond to First Interim Fee Application. | | | | | |
| | | **Postage Total:** | **$42.90** | **$42.90** | |
| | | **Project Category  Total:** | **$223.90** | **$223.90** | |
| | | **Matter Code  Total:** | **$223.90** | **$223.90** | |
| | | **EXPENSE SUMMARY:** | **$223.90** | | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – FLINT

**In re:**

**STATE ROAD BRIGHTON, LLC,**

Case No. 19-31032
Chapter 7
Hon. Joel D. Applebaum

                                   **Debtor.**

_____/

## NOTICE OF TIME TO RESPOND TO
## FIRST INTERIM FEE APPLICATION OF ATTORNEY FOR TRUSTEE
## COLLENE K. CORCORAN FOR SERVICES RENDERED FROM
## APRIL 30, 2019 THROUGH JULY 19, 2019

PLEASE TAKE NOTICE THAT the attorney for the Chapter 7 Trustee, Collene K. Corcoran, has filed papers with the Court to approve her first interim fee application pursuant to 11 U.S.C. §330 as follows:

| FEES REQUESTED | EXPENSES REQUESTED | PERIOD COVERED | TOTAL REQUESTED | AMOUNT AUTHORIZED PREVIOUSLY |
|---|---|---|---|---|
| $5,040.00 | $223.90 | 04/30/19 to 7/19/19 | $5,263.90 | $0 |

If approved, these fees will be paid by the Bankruptcy Estate and not by the Debtor.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to approve the First Interim Fee Application of Attorney for the Trustee or if you want the Court to consider your views on the motion, **within 21 days,** you or your attorney must:

1.     File with the court a written response or an answer, explaining your position at:[1]

**United States Bankruptcy Court**
**226 W. Second Street**
**Flint, MI 48502**

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

**Collene K. Corcoran, Esq.**
**PO Box 535**
**Oxford, MI 48371**

2.     If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Respectfully submitted,

/s/ Collene K. Corcoran

Dated: July 19, 2019

Collene K. Corcoran (P41500)
Attorney for Trustee
PO Box 535
Oxford, MI 48371
(248) 969-9300
trusteecorcoran@gmail.com

---
[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

**In re:**

**STATE ROAD BRIGHTON, LLC,**

**Case No. 19-31032**
**Chapter 7**
**Hon. Joel D. Applebaum**

                                        **Debtor.**
_____/

**PROOF OF SERVICE**

I certify that on July 19, 2019, I electronically filed the *First Interim Fee Application of Attorney for Trustee Collene K. Corcoran, Proposed Order, Notice of Time to Respond to Same, and Proof of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Office of the U.S. Trustee
paul.randel@usdoj.gov


Michael D. Lieberman
mike@lgcpllc.com


and I hereby certify that on July 19, 2019, I served the *Notice of Time to Respond to the First Interim Fee Application of Attorney for Trustee Collene K. Corcoran* on the following parties via first class mail, postage prepaid:

All parties on Attached Matrix.

                                        Respectfully submitted,

                                        /s/ Collene K. Corcoran
                                        Collene K. Corcoran (P41500)
                                        PO Box 535
                                        Oxford, MI 48371
                                        (248) 969-9300
                                        trusteecorcoran@gmail.com

```
Label Matrix for local noticing        State Road Brighton, LLC              State of Michigan Department of Treasury
0645-4                                  13009 W State Road                    3030 W. Grand Blvd., Ste 10-200
Case 19-31032-jda                       Grand Ledge, MI 48837-9645           Detroit, MI 48202-6030
Eastern District of Michigan
Flint
Fri Jul 19 17:14:58 EDT 2019

Adkison Need Allen & Rentrop PLLC       Adkison, Need & Allen, PLLC          Bluestone Franchising Company LLC
39572 Woodward, Suite 222               39572 Wood Ave., Ste. 222            PO Box 90549
Bloomfield Hills, MI 48304-5208         Bloomfield Hills, MI 48304           Austin, TX 78709-0549


Bluestone Franchising Company, LLC      CDI                                  Clark Hill, PLC
Attn: Allan Gantes, Manager             250 Stevenson Hwy.                   Attn:  David M. Blau, Esq.
P.O. Box 53890                          Troy, MI 48083-1117                  151 S Old Woodward Ave., Ste. 200
Irvine, CA 92619-3890                                                        Birmingham, MI 48009-6103


Continental Linen Service               Gordon Food Service                  Gordon Food Service, Inc.
4200 Manchester Road                    PO Box 1787                          Payment Processing Center
Kalamazoo, MI 49001-0835                Grand Rapids, MI 49501-1787          Dept. CH 10490
                                                                             Palatine, IL 60055-0490


Green Oak Owner 1, LLC                  Green Oak Owner 1, LLC               Green Oak Owner 1, LLC/REDICO
L-3851                                  c/o David M. Blau, Esq.              c/o Paul Stodulski
Columbus, OH 43260-0001                 Clark Hill PLC                       One Towne Square, Ste 1600
                                        151 S. Old Woodward Ave., Ste. 200   Southfield, MI 48076-3728
                                        Birmingham, MI 48009-6103


LaGrasso Brothers                       Michigan Department of Treasury      Michigan Department of Treasury
5001 Bellevue                           Bankruptcy Unit                      Collection Division
PO Box 2638                             P.O. Box 30168                       PO Box 30168
Detroit, MI 48202-0638                  Lansing, MI 48909                    Lansing, MI 48909-7668
                                        5 48909-7668


Michigan Department of Treasury         Michigan Department of Treasury***   State Road Partners, LLC
Department 77569                        Collection/Bankruptcy Unit           Christopher Stevens, Registered Agent
PO Box 77000                            PO Box 30168                         18635 Canturbury Drive
Detroit, MI 48277-0569                  Lansing, MI 48909-7668               Livonia, MI 48152-3385


State of Michigan                       State of Michigan                    State of Michigan
Department of Attorney General          MI Accounts Receivable Collection Syst.  Office of Collections
PO Box 30213                            PO Box 30158                         PO Box 30149
Lansing, MI 48909-7713                  Lansing, MI 48909-7658               Lansing, MI 48909-7649


State of Michigan - Sales Tax           Collene K. Corcoran                  Michael D. Lieberman
Department of Treasury                  P.O. Box 535                         31313 Northwestern Hwy.
Collection Division                     Oxford, MI 48371-0535                Suite 200
PO Box 77003                                                                 Farmington Hills, MI 48334-2577
Detroit, MI 48277-0003
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Green Oak Owner 1, LLC

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 26 |
| Bypassed recipients | 1 |
| Total | 27 |