100132275

**Please provide your delivery and billing information.**

LOCATION NAME: Camino's Italian Restaurant   E-MAIL: ___

**DELIVERY ADDRESS**

ADDRESS: 9475 Village Pl Blvd
CITY: Brighton
STATE: MI   ZIP: 48116   COUNTRY: US
PHONE: (810) 494-5050   FAX: ___

**BILLING ADDRESS** ☐ Check if the same as delivery address.

ADDRESS: ___
CITY: ___
STATE: ___ ZIP: ___ COUNTRY: ___
PHONE: ___ FAX: ___

**Please provide all of the information below for the legal owner of your business ("Customer").**

ENTITY TYPE: ☐ Corporation  ☒ LLC  ☐ LP/LLP  ☐ Proprietorship  ☐ Partnership  ☐ Other: ___

ENTITY NAME: State Road Brighton, LLC   STATE FILED: MI
ADDRESS: 13009 W. State Road   PHONE: (248) 301-1546   FAX: ___
CITY: Grand Ledge   STATE: MI   ZIP: 48837   COUNTRY: US

**OWNER/OFFICER/MEMBER INFORMATION**

NAME: ___ TITLE: ___
ADDRESS: ___
CITY: ___
STATE: ___ ZIP: ___ PHONE: ___
SSN: ___ DL: ___
SIGNED: ___ DATE: ___

NAME: ___ TITLE: ___
ADDRESS: ___
CITY: ___
STATE: ___ ZIP: ___ PHONE: ___
SSN: ___ DL: ___
SIGNED: ___ DATE: ___

The signor(s) above each consent to the release of his/her personal credit information as set forth in paragraph five of the General Provisions and Security Agreement.

**Please provide the financial and purchasing information requested below.**

Please **attach** your most recent financial statements.

What payment terms are you requesting?   ☐ C.O.D.  ☐ Weekly  ☐ Other: ___
What are your estimated weekly purchases from Gordon Food Service?   $ ___
What is your tax exempt status? Please include your exemption certificate.   ☐ Resale  ☐ All Sales  ☐ Not Exempt
Do you require a purchase order?   ☐ Yes  ☐ No
If you would like a statement, please specify the following:   Frequency: ☐ Weekly  ☐ Bi-Weekly  ☐ Monthly
Method: ☐ E-Mail: ___  ☐ Fax: ___

Please provide your banking information below.

BANK: ___   ACCOUNT NO.: ___   PHONE: ___

Please provide your supplier and trade references below.

NAME: ___   ACCOUNT NO.: ___   PHONE: ___
NAME: ___   ACCOUNT NO.: ___   PHONE: ___
NAME: ___   ACCOUNT NO.: ___   PHONE: ___

Please provide your delivery and billing information.

**LOCATION NAME:** _____ **OWNERSHIP:** _____
*This is the common name or DBA of your business.* *Length of time owned.*

**A/P CONTACT:** Kevin Wesley **EMAIL:** Kwesley@CarinosMI.com

**DELIVERY ADDRESS**   **BILLING ADDRESS** ☐ Check if the same as delivery address.

**ADDRESS:** _____   **ADDRESS:** 13009 W. State Rd.
**CITY:** _____   **CITY:** Grand Ledge
**STATE:** ____ **ZIP:** _____ **COUNTRY:** ____   **STATE:** MI **ZIP:** 48837 **COUNTRY:** US
**PHONE:** _____ **FAX:** _____   **PHONE:** (517) 202-4174 **FAX:** _____

---

Please provide all of the information below for the legal owner of your business ("Customer").

**ENTITY TYPE:** ☐ Corporation ☒ LLC ☐ LP/LLP ☐ Proprietorship ☐ Partnership ☐ Other: _____

**ENTITY NAME:** State Rd Partners, LLC **STATE FILED:** Michigan

**ADDRESS:** 13009 W. State Rd **PHONE:** (517) 202-4174 **FAX:** _____

**CITY:** Grand Ledge **STATE:** MI **ZIP:** 48837 **COUNTRY:** US

**OWNER/OFFICER/MEMBER INFORMATION**

**NAME:** Chris Stevens **TITLE:** Pres **NAME:** Kevin Wesley **TITLE:** CFO

**ADDRESS:** 18635 Canterbury Dr. **ADDRESS:** 13009 W. State Rd.

**CITY:** Livonia **CITY:** Grand Ledge

**STATE:** MI **ZIP:** 48152 **PHONE:** (248) 982-4776 **STATE:** MI **ZIP:** 48837 **PHONE:** (517) 202-4174

**SSN:** Redacted **DL:** Redacted **SSN:** Redacted **DL:** Redacted

**SIGNED:** _____ **DATE:** _____ **SIGNED:** [signature] **DATE:** 5/01/2015

*The signor(s) above each consent to the release of his/her personal credit information as set forth in paragraph five of the General Provisions and Security Agreement.*

---

Please provide the financial and purchasing information requested below.

**Please attach your most recent financial statements.**

**What payment terms are you requesting?** ☐ C.O.D ☐ Weekly ☒ Other: Net 15

**What are your estimated weekly purchases from Gordon Food Service?** $ 30,000

**What is your tax-exempt status?** *Please include your exemption certificate.* ☒ Resale ☐ All Sales ☐ Not Exempt

**Do you require a purchase order?** ☐ Yes ☒ No

**If you would like a statement, please specify the following:** **Frequency:** ☒ Weekly ☐ Bi-Weekly ☐ Monthly
**Method:** ☒ Email: Kwesley@CarinosMI.com ☐ Fax: _____

**Please provide your banking information below.**

**BANK:** Comerica **ACCOUNT NO.:** _____ **PHONE:** (517) 342-5762

**Please provide your supplier and trade references below.**

| NAME | ACCOUNT NO. | PHONE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Please let us know your interest in our ordering and payment services.

Gordon Experience™ offers you the ability to place orders, pay invoices and access other account services through our secure online application. Gordon Food Service Easy Pay is a convenient payment method that takes away the worry and hassle of processing checks by providing automatic processing of your payments through electronic funds transfer. Please let us know what services you would like more information about.

**GORDON EXPERIENCE:** ☒ Yes, please send me more information about Gordon Food Service Experience.
**GORDON FOOD SERVICE EASY PAY:** ☒ Yes, please send me more information about Gordon Food Service Easy Pay.

Select your preferences for purchases made at a Gordon Food Service Store.

Gordon Food Service is proud to offer you the option to use your account to purchase from your local Gordon Food Service Store. Your account will be automatically enrolled in our standard service and you may make purchases by providing your account information. You will be responsible for all purchases made with your account information, regardless of whether the purchases were made by an authorized individual. You also may elect to have identification cards issued, and we will provide you with continuing service cards.

**CARD OPTION:** ☐ Yes, please issue me continuing service cards. I understand that I am responsible to issue the cards to my designated purchasers, and that I am responsible for all purchases made using my card. Please deliver my cards to:

☐ Delivery Address  ☐ Billing Address  ☐ Other: _____

**INVOICE OPTION:** You will automatically receive a receipt with all pertinent invoice information at the time of purchase. You may also select one other option:
☒ An invoice emailed to: KWESLEY@CARINOSMI.com  CSTEVENS@CARINOSMI.com
☐ An invoice faxed to: _____

Please help us to better serve you by providing some information about your business.

**Customer Classification** (Please choose only one)

**Eating and Drinking**
☒ Family Restaurant
☐ Fast Service
☐ Ice Cream Shop
☐ White Tablecloth
☐ Tavern/Bar
☐ Delicatessen
☐ Truck Stop
☐ Pizzeria
☐ Cafeteria

**Amusement and Rec.**
☐ Public Golf Club
☐ Private Golf Club
☐ Health Club
☐ Ski Resort
☐ Stadium
☐ Fair/Festival
☐ Bowling Center
☐ Theme Park
☐ Theater

**Business Services**
☐ Catering
☐ Vending
☐ Redistribution
☐ Small Business
☐ In-Plant
☐ Int'l Resort
☐ Int'l Redistribution
☐ Co-operative
☐ Office

**Non-Commercial**
☐ Gov. Program
☐ Comm. Feeding
☐ Service Club
☐ Transportation
☐ Church
☐ Public Facility
☐ Jail/Prison
☐ Military
☐ Fundraiser

**Food Stores**
☐ Convenience Store
☐ In-Store Deli
☐ In-Store Restaurant
☐ Snack Bar
☐ General Retail
☐ Bakery
☐ Gordon Food Service Store
☐ Doughnut/Coffee Shop
☐ Supermarkets

**Hospitality**
☐ Hotel
☐ Motel
☐ Resort
☐ Inn
☐ Passenger Ship

**Colleges**
☐ 2-Year Private
☐ 4-Year Community
☐ 4-Year State
☐ 4-Year Private
☐ Fraternity/Sorority

**Long-Term Care**
☐ CCRC
☐ Skilled Nursing
☐ Assisted Living

**Schools**
☐ Day Care
☐ Elementary
☐ High School

**Other**
☐ Hospital - Acute
☐ Camp
☐ Senior Meals

**Affiliation** (Please choose only one)
☒ Franchise
☐ Public/Federal
☐ National Chain
☐ Parochial
☐ Public/Community
☐ Private/Independent
☐ Public/State

**Menu Theme**
☐ American
☐ Asian
☐ Bakery
☐ Beef
☐ Chicken
☐ Deli

☐ Eggs
☐ French
☐ German
☐ Greek
☐ Hamburger
☐ Health

☐ Ice Cream
☒ Italian
☐ Kosher
☐ Latin
☐ Mediterranean
☐ Mexican

☐ Non-Food
☐ Pizza
☐ Pork
☐ Ribs
☐ Seafood
☐ Servibar

☐ Steak
☐ Vegetarian

**Management** (Please choose only one)
☒ Owner/Operator  ☐ Independent  ☐ Contracted Food Services

*NOTICE REQUIRED BY FEDERAL LAW.* This notice is for non-trade applicants. If this Application is not approved in full or if any other adverse action is taken with respect to applicant's credit with Gordon Food Service, applicant has the right to request within sixty (60) days of Gordon Food Service's notification of such adverse action, a statement of specific reasons for such action, which statement will be provided within thirty (30) days of said request. The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or a part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Washington, D.C.

## GENERAL PROVISIONS AND SECURITY AGREEMENT

1. The Customer agrees to pay for all goods and services ordered or procured from Gordon Food Service, Inc. or one or more of its current or future subsidiaries or affiliates ("GFS") on the terms set forth in this Customer Account Application (this "Application"). Any credit terms granted will be deemed to be a TIME PRICE DIFFERENTIAL and will be subject to an ADDITIONAL CHARGE OF 1.5 PERCENT PER MONTH OR 18 PERCENT PER ANNUM assessed once a month on any past due invoices. In the event of default, the Customer agrees to pay to GFS or its assign, as an element of damages, all expenses of collection including actual attorneys' fees. GFS retains all rights of set off against any amounts or credits owed to the Customer.

2. All credit terms extended to the Customer are subject to change and can be amended at the sole discretion of GFS, at any time. The Customer consents to all changes of credit terms, extensions of credit, and any extensions or forbearance by GFS. This Application does not create any obligation on the part of GFS to provide goods to the Customer on credit or otherwise, and GFS may cease providing goods and services to the Customer at any time. Prices of products or other goods or services provided by GFS are not guaranteed until established on an invoice at the time of delivery. GFS must be notified in writing within 30 days of the invoice date of any claim related to the amounts charged on an invoice or any dispute of the sell price of products and, unless GFS is so notified, such claims are waived.

3. GFS disclaims all express or implied warranties with regard to any goods sold that are not GFS branded goods and all implied warranties with regard to GFS branded goods, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE. Unless claimed at the time of delivery (prior to GFS' delivery driver leaving the Customer's location) any claim for damaged, undelivered or non-conforming goods is waived. In the event of a key drop delivery by GFS, such claims must be made by 3:00 p.m. (local time) the following day. If any goods provided are defective, the Customer's sole and exclusive remedy shall be limited to replacement of defective goods or refund of the purchase price, plus applicable taxes, of any such goods. In no event shall GFS be liable for incidental or consequential damages.

4. GFS may assign and/or sell any accounts receivable or indebtedness owed by the Customer and, in the event of such assignment and/or sale (or any subsequent assignment or sale) any claims, defenses, and counterclaims of every kind and description that the Customer has against GFS is waived as to any transferee, assignee or pledgee. Further, the Customer waives any request for demand for payment, notice of non-payment, presentment, notice of dishonor, protests, notice of protest or any other notice or demand in connection with any account opened with GFS.

5. The Customer, the Customer's principals and any Guarantors that sign this Application (the "Signators") authorize GFS to obtain and exchange information from any of the Signators' trade, bank or financial references concerning the status of the business and/or credit of the Signators and obtain its/their business and/or consumer credit reports ("Reports") for the purpose of evaluating its/their application for credit. Signators authorize GFS to obtain additional Reports from time to time and to use Reports to the fullest extent permitted by Federal and State law.

6. If any check, draft, EFT, ACH or any other order of payment (each, a "Transaction") payable to GFS is dishonored for any reason, GFS may re-present the Transaction for payment and issue a draft, for each return, against the account upon which the Transaction is drawn for a fee up to the maximum permitted by law. THE SIGNOR BELOW, INDIVIDUALLY AND NOT IN REPRESENTATIVE CAPACITY, SHALL BE RESPONSIBLE FOR PAYMENT OF ALL UNPAID TRANSACTIONS or any Transactions dishonored or unpaid for any reason.

7. If the Customer is a franchisee or member of a group purchasing organization (each, an "Organization") and the Customer is purchasing from GFS under a written agreement between GFS and the Organization, then the Customer agrees to abide by and accepts all terms of such agreement.

8. The Customer acknowledges that purchases made at Gordon Food Service Stores or delivered directly may be electronic transactions. In the event of an electronic transaction, the Customer agrees to the electronic storage of its signature given at the point of sale or the time of delivery and agrees to the later use of such signature on an itemized invoice or other document evidencing the transaction. The Customer agrees that the itemized invoice or other documents evidencing the transaction, although presented in a different format than the document received at the point of sale or time of delivery, memorializes the order and acceptance of goods from GFS by the Customer pursuant to the terms of this Application.

9. This Application shall be binding upon and inure to the benefit of GFS and the Customer and their respective heirs, executors, administrators, legal representatives, successors, agents and assigns. In the event any provision of this Application is held to be invalid, the other provisions shall remain fully enforceable.

10. The Customer and Guarantors irrevocably agree that, subject to GFS' sole discretion, all actions or proceedings arising out of, from, or related to this Application shall be litigated in courts having their location in Kent County, Michigan, unless GFS selects a different forum. The Customer consents and submits to the personal jurisdiction of any such court. If GFS selects a different forum, then the Customer agrees that venue is proper in any court of competent jurisdiction that GFS selects in the state where the Customer is located or conducting business. To the extent permitted by applicable law, the Customer and Guarantors waive any right they may have to transfer or change the venue of any litigation brought against the Customer and hereby waive trial by jury.

11. If GFS grants credit terms to the Customer pursuant to this Application, then the Customer and any Guarantor (collectively, the "Grantors") grant to GFS a purchase money security interest in all goods sold or equipment leased, and a security interest in all other personal property of Grantors (the "Collateral") to secure payment of all goods purchased on credit from GFS. "Collateral" includes, by way of example and without limitation, all goods, equipment, inventory, vehicles, fixtures, work in process, accounts receivable, instruments, chattel paper, causes of action, general intangibles, including any liquor license, and all proceeds thereof. Grantors give GFS the authority to file any financing statement or continuation or other document needed to perfect GFS' security interest. Grantors agree that any delay by GFS in perfecting its security interest in the Collateral shall be without prejudice to GFS' right to perfect its interest in the future, in the sole discretion of GFS.

SIGNED: _[signature]_  TITLE: CFO

PRINTED NAME: KEVIN WESLEY  DATE: 5/01/2015

## PERSONAL GUARANTY

The undersigned (each, a "Guarantor") unconditionally and irrevocably guarantees prompt payment when due of any and all amounts owed to GFS or any subsequent assignee and/or transferee ("Creditor") by the Customer whether or not contemplated at the time of execution of this Personal Guaranty (this "Guaranty"). All demands, presentments, notice of protest and of dishonor, and all other notices of any kind or nature of the Customer, Creditor, any co-guarantor, or other person, are expressly waived by Guarantor. Guarantor further waives (a) the requirement that his/her/their name appear on any invoices; (b) the right to require Creditor to first proceed against the Customer or any other party; (c) the right to require Creditor to pursue any other remedy for the benefit of Guarantor and agrees that Creditor may proceed against Guarantor on this guaranty without taking any action against the Customer or any other party and without proceeding against or applying any security it may hold; and (d) notice of acceptance of this guaranty. Guarantor agrees to be personally liable for the debts of the Customer and consents to all changes of terms, extensions of credit, and any extensions or forbearance by Creditor. Guarantor agrees to pay Creditor actual attorneys' fees and all other costs incurred in the collection of any indebtedness owed by the Customer. Until such time Creditor receives indefeasible payment in full of all indebtedness owed by the Customer to Creditor, Guarantor waives any right to reimbursement, contribution, indemnification and subrogation it may have now or in the future against the Customer to recover any monies that are recovered from Guarantors under this Guaranty. Guarantor agrees to be bound by paragraphs five, ten and eleven of the General Provisions and Security Agreement above. This Guaranty is continuing until released in a writing signed by GFS. USE OF A CORPORATE TITLE SHALL NOT LIMIT THE PERSONAL LIABILITY OF THE GUARANTOR.

SIGNED:_____ DATE:_____ SIGNED:_____ DATE:_____

PRINTED NAME:_____ PRINTED NAME:_____

Witnessed by:_____ whose full name and address is:_____

Please print full name and address of witness.


100132275

Revised 07/2000 Page 1 of 4

## UNIFORM SALES & USE TAX CERTIFICATE – MULTIJURISDICTION

The below-listed states have indicated that this form of certificate is acceptable, subject to the notes on page 2-4. The issuer and the recipient have the responsibility of determining the proper use of this certificate under applicable laws in each state, as these may change from time to time.

Issued to Seller: **Gordon Food Service**

Address: **8040 Kensington Court, Brighton, MI 48116**

I certify that:

Name of Firm (Buyer): **State Road Brighton, LLC**

Address: **13009 W. State Rd**
**Grand Ledge, MI 48837**

is engaged as a registered
- Wholesaler
- Retailer **X**
- Manufacturer
- Seller (California)
- Lessor (See notes On pages 2-4)
- Other (Specify)

And is registered with the below listed states and cities within which your firm would deliver purchases to us and that any such purchases are for wholesales, resale, ingredients or components of a new product or service to be resold, leased, or rented in the normal course of business. We are in the business of wholesaling, retailing, manufacturing, leasing (renting) the following:

Description of Business: **Restaurant**

General description of tangible property or taxable services to be purchased from the seller: **Food**

| State | State Registration, Seller's Permit, or ID Number of purchaser | State | State Registration, Seller's Permit, or ID Number of purchaser |
|---|---|---|---|
| AL 2 | | MO 13 | |
| AR | | NE 14 | |
| AZ 22 | | NV | |
| CA 3 | | NJ | |
| CO 1 | | NM 1.15 | |
| CT 4 | | NC 25 | |
| DC 5 | | ND | |
| FL 23 | | OH 26 | |
| GA 6 | | OK 16 | |
| HI 1.7 | | PA 27 | |
| ID | | RI 17 | |
| IL 1.8 | | SC | |
| IA | | SD 18 | |
| KS | | TN | |
| KY 24 | | TX 19 | |
| ME 9 | | UT | |
| MD 10 | | VT | |
| MI 11 | Redacted 3493 | WA 20 | |
| MN 12 | | WI 21 | |

I further certify that if any property or service so purchased tax free is used or consumed by the firm as to make it subject to a Sales or Use tax we will pay the tax due directly to the proper taxing authority when state law so provides or inform the seller for added tax billing. This certificate shall be a part of each order which we may hereafter give to you, unless otherwise specified, and shall be valid until canceled by us in writing or revoked by the city or state.

Under penalties of perjury, I swear or affirm that the information on this form is true and correct as to every material matter.

Authorized Signature: _(signed)_
(Owner, Partner or Corporate Officer)

Title: **CFO**

Date: **5/01/2015**