EXHIBIT B

**Carino's Italian Restaurant / STATE ROAD BRIGHTON, LLC**
     100132275

| Transaction Number | Transaction Date | Transaction Type | Original Amount | Balance Due | Due Date |
|---|---|---|---|---|---|
| 193338042 | 4/7/2019 | Invoice | $1,923.38 | $1,901.90 | **4/22/2019** |
| 193437105 | 4/10/2019 | Invoice | $2,711.12 | $2,711.12 | **4/25/2019** |
| 193511575 | 4/14/2019 | Invoice | $1,452.39 | $1,452.39 | **4/29/2019** |
| 193603695 | 4/17/2019 | Invoice | $2,840.32 | $2,840.32 | **5/2/2019** |
| 193676470 | 4/21/2019 | Invoice | $1,736.62 | $1,736.62 | **5/6/2019** |
| | | | **$10,663.83** | **$10,642.35** | |