UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| STATE ROAD BRIGHTON, LLC, | Case No. 19-31032-jda |
| Debtor. | Honorable Joel D. Applebaum |

**ORDER GRANTING APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM**

**THIS MATTER** having come before the Court on the APPLICATION OF GORDON FOOD SERVICE INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE PRIORITY CLAIM (the "Application"). For good cause shown, the application is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that GFS is allowed an administrative claim against Debtor's estate for the value of the 20-Day Goods delivered to it in the amount of $10,642.35;

**IT IS FURTHER ORDERED** that the local counsel requirement of E.D. Mich LR 83.20(f)(1) is hereby waived.

**Signed on August 19, 2019**



/s/ Joel D. Applebaum
Joel D. Applebaum
United States Bankruptcy Judge