# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 19-31032 | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | | Date Filed (f) or Converted (c): | 04/25/2019 (f) |
| For the Period Ending: | 03/31/2021 | | §341(a) Meeting Date: | 06/03/2019 |
| | | | Claims Bar Date: | 07/29/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | Comerica Bank. Current balance is approximate | $6,000.00 | $5,921.82 | | $5,921.82 | FA |
| 3 | Accounts receivable | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | Food and liquor | $16,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | no perishable food on site, trustee prohibited from selling liquor. | | | | | |
| 5 | Desk and chair (no value) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included with sale of restaurant equipment | | | | | |
| 6 | Computers and Point of sale machines | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included with sale of restaurant equipment, point of sale machines were leased and returned to owners. | | | | | |
| 7 | Wall art | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included with sale of restaurant equipment | | | | | |
| 8 | Restaurant equipment-See Itemized list at end of Schedule B | $5,000.00 | $10,000.00 | | $10,000.00 | FA |
| 9 | 9475 Village Place Blvd., Brighton, MI 48116 (depreciation schedule available) Believed to have limited value because Lessee interest in Ground Lease which is in default | Unknown | $0.00 | | $0.00 | FA |
| 10 | Domain name | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Liquor license | $60,000.00 | $35,000.00 | | $0.00 | $35,000.00 |
| 12 | Customer list | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Refund from utility company (u) | $0.00 | $3,273.14 | | $3,273.14 | FA |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| | $91,500.00 | $54,194.96 | | $19,194.96 | $35,000.00 |

**Major Activities affecting case closing:**

03/31/2021  Trustee investigating/liquidating business assets.  Trustee returned all leased equipment to owners, 5/16/19 Motion to Sell Assets filed with Court, excluding liquor license. 5/31/19 Order entered approving sale.  5/24/19 Motion to Reject lease filed, 6/24/19 Order entered to allow trustee to reject lease. 7/19/19 Application for attorney fees filed, Order entered approving fees 8/12/19.  7/26/19 Application for approval of administrative expenses for Gordon Food Service filed, 8/19/19 Order entered approving administrative expenses. 10/01/19 Motion to Sell Liquor License filed with Court, 10/11/19 Amended Motion filed with Court.  11/05/19 Order entered approving sale of liquor license, awaiting approval from Michigan Liquor Control Commission, which approval has been delayed due to government shutdown.  Purchaser refused to consummate sale due to current restrictions.  Trustee retaining auctioneer to sell liquor license.

| Case No.: | 19-31032 | | | Trustee Name: | Collene K. Corcoran |
| Case Name: | STATE ROAD BRIGHTON, LLC | | | Date Filed (f) or Converted (c): | 04/25/2019 (f) |
| For the Period Ending: | 03/31/2021 | | | §341(a) Meeting Date: | 06/03/2019 |
| | | | | Claims Bar Date: | 07/29/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** 04/30/2021     **Current Projected Date Of Final Report (TFR):** 06/30/2022     /s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| Case No. | 19-31032 | |
| Case Name: | STATE ROAD BRIGHTON, LLC | |
| Primary Taxpayer ID #: | **-***3493 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2020 | |
| For Period Ending: | 03/31/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Collene K. Corcoran | |
| Bank Name: | Pinnacle Bank | |
| Checking Acct #: | ******0116 | |
| Account Title: | | |
| Blanket bond (per case limit): | $2,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2019 | (2) | State Road Brighton LLC - Cashier's Check | Funds withdrawn by Debtor from bank account and provided to trustee in form of cashier's check | 1129-000 | $5,921.82 | | $5,921.82 |
| 06/07/2019 | (8) | Green Oak Owner 1 LLC | Per Order dated 5/31/19 | 1129-000 | $10,000.00 | | $15,921.82 |
| 08/13/2019 | 2001 | COLLENE K. CORCORAN | Attorney fees per order dated 8/12/19 | 3110-000 | | $5,040.00 | $10,881.82 |
| 08/13/2019 | 2002 | COLLENE K. CORCORAN | Attorney expenses per order dated 8/12/19 | 3120-000 | | $223.90 | $10,657.92 |
| 12/03/2019 | 2003 | INSURANCE PARTNERS AGENCY, INC. | Trustee Bond Premium Policy #3517698 11/01/2019 to 11/01/2020 | 2300-000 | | $8.99 | $10,648.93 |
| 05/26/2020 | 2004 | STATE OF MICHIGAN | Renewal fee License 000250733, 18-14536, 18-14539, License 000250734 | 2820-000 | | $950.00 | $9,698.93 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $169.73 | $9,529.20 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($169.73) | $9,698.93 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $13.95 | $9,684.98 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.39 | $9,670.59 |
| 09/28/2020 | (13) | DTE Electric Company | refund from utility | 1290-000 | $3,273.14 | | $12,943.73 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.22 | $12,929.51 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.21 | $12,910.30 |
| 11/24/2020 | 2005 | SeibertKeck Insurance Partners | Trustee Insurance Bond payment, Invoice no. 583331, Bond #3517698 | * | | $12.28 | $12,898.02 |
| | | | ($11.34) | 2300-000 | | | $12,898.02 |
| | | | ($0.94) | 2300-000 | | | $12,898.02 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.57 | $12,879.45 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.16 | $12,860.29 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.11 | $12,841.18 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $17.23 | $12,823.95 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.06 | $12,804.89 |
| | | | | | SUBTOTALS | $19,194.96 | $6,390.07 |

| | |  | | |
|---|---|---|---|---|
| Case No. | 19-31032 | | Trustee Name: | Collene K. Corcoran |
| Case Name: | STATE ROAD BRIGHTON, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3493 | | Checking Acct #: | ******0116 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $19,194.96 | $6,390.07 | $12,804.89 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $19,194.96 | $6,390.07 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $19,194.96 | $6,390.07 | |

| For the period of 04/01/2020 to 03/31/2021 | | For the entire history of the account between 04/30/2019 to 3/31/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,273.14 | Total Compensable Receipts: | $19,194.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,273.14 | Total Comp/Non Comp Receipts: | $19,194.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,117.18 | Total Compensable Disbursements: | $6,390.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,117.18 | Total Comp/Non Comp Disbursements: | $6,390.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| | | |
|---|---|---|
| Case No. | 19-31032 | |
| Case Name: | STATE ROAD BRIGHTON, LLC | |
| Primary Taxpayer ID #: | **-***3493 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2020 | |
| For Period Ending: | 03/31/2021 | |

| | |
|---|---|
| Trustee Name: | Collene K. Corcoran |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0116 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $19,194.96 | $6,390.07 | $12,804.89 |

| For the period of 04/01/2020 to 03/31/2021 | | For the entire history of the account between 04/30/2019 to 3/31/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,273.14 | Total Compensable Receipts: | $19,194.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,273.14 | Total Comp/Non Comp Receipts: | $19,194.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,117.18 | Total Compensable Disbursements: | $6,390.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,117.18 | Total Comp/Non Comp Disbursements: | $6,390.07 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN