# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:  § Case No. 19-31032-JDA
§
STATE ROAD BRIGHTON, LLC § 
§
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/25/2019. The undersigned trustee was appointed on 04/25/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $54,219.96

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $15,081.17 |
   | Bank service fees | $355.82 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $38,782.97 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/29/2019 and the deadline for filing government claims was 07/29/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,961.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,961.00, for a total compensation of $5,961.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $50.00, for total expenses of $50.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/06/2021    By:    /s/ Collene K. Corcoran
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-31032-JDA | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | Date Filed (f) or Converted (c): | 04/25/2019 (f) |
| For the Period Ending: | 10/6/2021 | §341(a) Meeting Date: | 06/03/2019 |
| | | Claims Bar Date: | 07/29/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Cash on hand | $1,000.00 | $0.00 | | $0.00 | FA |
| 2 | Comerica Bank. Current balance is approximate | $6,000.00 | $5,921.82 | | $5,921.82 | FA |
| 3 | Accounts receivable | $1,500.00 | $0.00 | | $0.00 | FA |
| 4 | Food and liquor | $16,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | no perishable food on site, trustee prohibited from selling liquor. | | | | | |
| 5 | Desk and chair (no value) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included with sale of restaurant equipment | | | | | |
| 6 | Computers and Point of sale machines | $500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included with sale of restaurant equipment, point of sale machines were leased and returned to owners. | | | | | |
| 7 | Wall art | $1,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | included with sale of restaurant equipment | | | | | |
| 8 | Restaurant equipment-See Itemized list at end of Schedule B | $5,000.00 | $10,000.00 | | $10,000.00 | FA |
| 9 | 9475 Village Place Blvd., Brighton, MI 48116 (depreciation schedule available) Believed to have limited value because Lessee interest in Ground Lease which is in default | Unknown | $0.00 | | $0.00 | FA |
| 10 | Domain name | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Liquor license | $60,000.00 | $35,000.00 | | $35,025.00 | FA |
| 12 | Customer list | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Refund from utility company (u) | $0.00 | $3,273.14 | | $3,273.14 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $91,500.00 | $54,194.96 | | $54,219.96 | $0.00 |

**Major Activities affecting case closing:**

10/06/2021  Trustee investigating/liquidating business assets. Trustee returned all leased equipment to owners, 5/16/19 Motion to Sell Assets filed with Court, excluding liquor license. 5/31/19 Order entered approving sale. 5/24/19 Motion to Reject lease filed, 6/24/19 Order entered to allow trustee to reject lease. 7/19/19 Application for attorney fees filed, Order entered approving fees 8/12/19. 7/26/19 Application for approval of administrative expenses for Gordon Food Service filed, 8/19/19 Order entered approving administrative expenses. 10/01/19 Motion to Sell Liquor License filed with Court, 10/11/19 Amended Motion filed with Court. 11/05/19 Order entered approving sale of liquor license, awaiting approval from Michigan Liquor Control Commission, which approval has been delayed due to government shutdown. Purchaser refused to consummate sale due to current restrictions. Trustee retaining auctioneer to sell liquor license. 7/19/21 Order Granting Trustee's Motion to Sell Assets via public auction. Auction held, 8/5/21 Trustee's Report of Auction Sale. 8/19/21 Final Application for Attorney for Trustee Fees and Expenses, 9/13/21 Order entered approving fees. No claims objections. Final Report to UST.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-31032-JDA | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | Date Filed (f) or Converted (c): | 04/25/2019 (f) |
| For the Period Ending: | 10/6/2021 | §341(a) Meeting Date: | 06/03/2019 |
|  |  | Claims Bar Date: | 07/29/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/30/2021 |
| **Current Projected Date Of Final Report (TFR):** | 10/06/2021 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31032-JDA | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3493 | | Checking Acct #: | ******0116 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/25/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2019 | (2) | State Road Brighton LLC - Cashier's Check | Funds withdrawn by Debtor from bank account and provided to trustee in form of cashier's check | 1129-000 | $5,921.82 | | $5,921.82 |
| 06/07/2019 | (8) | Green Oak Owner 1 LLC | Sales proceeds per Order dated 5/31/19 | 1129-000 | $10,000.00 | | $15,921.82 |
| 08/13/2019 | 2001 | COLLENE K. CORCORAN | Attorney fees per order dated 8/12/19 | 3110-000 | | $5,040.00 | $10,881.82 |
| 08/13/2019 | 2002 | COLLENE K. CORCORAN | Attorney expenses per order dated 8/12/19 | 3120-000 | | $223.90 | $10,657.92 |
| 12/03/2019 | 2003 | INSURANCE PARTNERS AGENCY, INC. | Trustee Bond Premium Policy #3517698 11/01/2019 to 11/01/2020 | 2300-000 | | $8.99 | $10,648.93 |
| 05/26/2020 | 2004 | STATE OF MICHIGAN | Renewal fee License 000250733, 18-14536, 18-14539, License 000250734 | 2820-000 | | $950.00 | $9,698.93 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $169.73 | $9,529.20 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($169.73) | $9,698.93 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $13.95 | $9,684.98 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.39 | $9,670.59 |
| 09/28/2020 | (13) | DTE Electric Company | refund from utility | 1290-000 | $3,273.14 | | $12,943.73 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.22 | $12,929.51 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.21 | $12,910.30 |
| 11/24/2020 | 2005 | SeibertKeck Insurance Partners | Trustee Insurance Bond payment, Invoice no. 583331, Bond #3517698 | * | | $12.28 | $12,898.02 |
| | | | $(11.34) | 2300-000 | | | $12,898.02 |
| | | | $(0.94) | 2300-000 | | | $12,898.02 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.57 | $12,879.45 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.16 | $12,860.29 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.11 | $12,841.18 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $17.23 | $12,823.95 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.06 | $12,804.89 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.41 | $12,786.48 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.00 | $12,767.48 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.36 | $12,749.12 |
| 07/15/2021 | 2006 | STATE OF MICHIGAN | Liquor License Renewal L-000250733 Class C | 2420-000 | | $950.00 | $11,799.12 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.46 | $11,780.66 |
| 08/04/2021 | (11) | REPOCAST.COM IIUC | sale proceeds per order dated 7/19/21 | 1129-000 | $34,925.00 | | $46,705.66 |
| 08/10/2021 | (11) | REPOCAST.COM INC | rest of proceeds from sale per order dated 7/19/21 | 1129-000 | $100.00 | | $46,805.66 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $66.07 | $46,739.59 |
| 09/01/2021 | 2007 | REPOCAST.COM | Auctioneer fees per order dated 8/31/21 | 3630-000 | | $3,502.00 | $43,237.59 |
| 09/01/2021 | 2008 | REPOCAST.COM | Auctioneer Expenses per order dated 8/31/21 | 3640-000 | | $100.00 | $43,137.59 |
| | | | | SUBTOTALS | $54,219.96 | $11,082.37 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31032-JDA | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3493 | | Checking Acct #: | ******0116 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/25/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/6/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/13/2021 | 2009 | COLLENE K. CORCORAN | Attorney for Trustee fees per order 9/13/21 | 3110-000 | | $3,870.00 | $39,267.59 |
| 09/13/2021 | 2010 | COLLENE K. CORCORAN | Attorney for Trustee expenses per order 9/13/21 | 3120-000 | | $424.00 | $38,843.59 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $60.62 | $38,782.97 |
| | | | TOTALS: | | $54,219.96 | $15,436.99 | $38,782.97 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $54,219.96 | $15,436.99 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $54,219.96 | $15,436.99 | |

**For the period of** 4/25/2019 **to** 10/6/2021

| | |
|---|---|
| Total Compensable Receipts: | $54,219.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,219.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,436.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,436.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between** 04/30/2019 **to** 10/6/2021

| | |
|---|---|
| Total Compensable Receipts: | $54,219.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,219.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,436.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,436.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31032-JDA | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3493 | Checking Acct #: | ******0116 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/25/2019 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/6/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $54,219.96 | $15,436.99 | $38,782.97 |

**For the period of 4/25/2019 to 10/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $54,219.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,219.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,436.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,436.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/25/2019 to 10/6/2021**

| | |
|---|---|
| Total Compensable Receipts: | $54,219.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,219.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15,436.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,436.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN

| Case No. | 19-31032-JDA | | | | | | | | Trustee Name: | Collene K. Corcoran |
| Case Name: | STATE ROAD BRIGHTON, LLC | | | | | | | | Date: | 10/6/2021 |
| Claims Bar Date: | 07/29/2019 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | COLLENE K. CORCORAN  P.O. Box 535  Oxford MI 48371 | Trustee Compensation | Allowed | 2100-000 | $5,961.00 | $0.00 | $0.00 | $0.00 | $5,961.00 |
|  | COLLENE K. CORCORAN  PO BOX 535  OXFORD MI 48371 | Trustee Expenses | Allowed | 2200-000 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| 5 | GORDON FOOD SERVICE INC.  c/o Jason M. Torf  200 W. Madison St, Suite 3500  Chicago IL 60606 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $10,642.35 | $0.00 | $0.00 | $0.00 | $10,642.35 |

**Claim Notes:** Reclamation Claim per 11 USC 503(b)(9) allowed per order dated 8/19/19

| 3 | MICHIGAN DEPARTMENT OF TREASURY  Bankruptcy Unit  P.O. Box 30168  Lansing MI 48909 | Claims of Governmental Units - 507(a)8 | Allowed | 5800-000 | $104,340.37 | $0.00 | $0.00 | $0.00 | $104,340.37 |

**Claim Notes:** (3-1) PRIORITY (&#036;104,340.37), UNSECURED (&#036;19,922.02), TAX

| 1 | ADKISON NEED ALLEN & RENTROP PLLC  39572 Woodward, Suite 222  Bloomfield Hills MI 48304 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,351.25 | $0.00 | $0.00 | $0.00 | $1,351.25 |
| 2 | GREEN OAK OWNER 1, LLC  c/o David M. Blau, Esq.  Clark Hill PLC  151 S. Old Woodward Ave., Ste. 200  Birmingham MI 48009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $180,558.65 | $0.00 | $0.00 | $0.00 | $180,558.65 |

**Claim Notes:** (2-1) Pre-petition rent and lease rejection damages

| 3a | MICHIGAN DEPARTMENT OF TREASURY  Bankruptcy Unit  P.O. Box 30168  Lansing MI 48909 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $19,922.02 | $0.00 | $0.00 | $0.00 | $19,922.02 |

**Claim Notes:** (3-1) PRIORITY (&#036;104,340.37), UNSECURED (&#036;19,922.02), PENALTY TAX

| Case No. | 19-31032-JDA | | | | | | | | Trustee Name: Collene K. Corcoran |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | | | | | | | | Date: 10/6/2021 |
| Claims Bar Date: | 07/29/2019 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BLUESTONE FRANCHISING COMPANY LLC<br>PO Box 90549<br>Austin TX 78709 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,315.21 | $0.00 | $0.00 | $0.00 | $1,315.21 |

**Claim Notes:**  (4-1) Royalty Fees

| | | | | | $324,140.85 | $0.00 | $0.00 | $0.00 | $324,140.85 |
|---|---|---|---|---|---|---|---|---|---|

| Case No. | 19-31032-JDA | Trustee Name: | Collene K. Corcoran |
| Case Name: | STATE ROAD BRIGHTON, LLC | Date: | 10/6/2021 |
| Claims Bar Date: | 07/29/2019 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507(a)8 | $104,340.37 | $104,340.37 | $0.00 | $0.00 | $0.00 | $104,340.37 |
| General Unsecured 726(a)(2) | $203,147.13 | $203,147.13 | $0.00 | $0.00 | $0.00 | $203,147.13 |
| Other Chapter 7 Administrative Expenses | $10,642.35 | $10,642.35 | $0.00 | $0.00 | $0.00 | $10,642.35 |
| Trustee Compensation | $5,961.00 | $5,961.00 | $0.00 | $0.00 | $0.00 | $5,961.00 |
| Trustee Expenses | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 19-31032-JDA
Case Name: STATE ROAD BRIGHTON, LLC
Trustee Name: Collene K. Corcoran

                    Balance on hand:     $38,782.97

Claims of secured creditors will be paid as follows: NONE

                Total to be paid to secured creditors:     $0.00
                                Remaining balance:     $38,782.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Collene K. Corcoran, Trustee Fees | $5,961.00 | $0.00 | $5,961.00 |
| COLLENE K. CORCORAN, Trustee Expenses | $50.00 | $0.00 | $50.00 |
| COLLENE K. CORCORAN, Attorney for Trustee Fees | $8,910.00 | $8,910.00 | $0.00 |
| COLLENE K. CORCORAN, Attorney for Trustee Expenses | $647.90 | $647.90 | $0.00 |
| Other: REPOCAST.COM, On-Line Auctioneer for Trustee Fees | $3,502.00 | $3,502.00 | $0.00 |
| Other: REPOCAST.COM , On-Line Auctioneer for Trustee Expenses | $100.00 | $100.00 | $0.00 |
| Other: Gordon Food Service Inc., Other Chapter 7 Administrative Expenses | $10,642.35 | $0.00 | $10,642.35 |

        Total to be paid for chapter 7 administrative expenses:     $16,653.35
                                          Remaining balance:     $22,129.62

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

        Total to be paid to prior chapter administrative expenses:     $0.00
                                            Remaining balance:     $22,129.62

**UST Form 101-7-TFR (5/1/2011)**
19-31032-jda    Doc 55    Filed 10/14/21    Entered 10/14/21 07:28:54    Page 11 of 13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $104,340.37 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Michigan Department of Treasury | $104,340.37 | $0.00 | $22,129.62 |

Total to be paid to priority claims: $22,129.62
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $203,147.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Adkison Need Allen & Rentrop PLLC | $1,351.25 | $0.00 | $0.00 |
| 2 | Green Oak Owner 1, LLC | $180,558.65 | $0.00 | $0.00 |
| 3a | Michigan Department of Treasury | $19,922.02 | $0.00 | $0.00 |
| 4 | Bluestone Franchising Company LLC | $1,315.21 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |