# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 19-31032-JDA |
| | § | |
| STATE ROAD BRIGHTON, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Collene K. Corcoran, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20,500.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $22,129.62 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $32,090.34 | | |

3)   Total gross receipts of $54,219.96 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $54,219.96 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $22,121.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $32,090.34 | $32,090.34 | $32,090.34 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $194,238.33 | $104,340.37 | $104,340.37 | $22,129.62 |
| General Unsecured Claims (from **Exhibit 7**) | $285,199.54 | $203,147.13 | $203,147.13 | $0.00 |
| **Total Disbursements** | $501,558.87 | $339,577.84 | $339,577.84 | $54,219.96 |

4). This case was originally filed under chapter 7 on 04/25/2019. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/02/2021     By: /s/ Collene K. Corcoran
                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Comerica Bank. Current balance is approximate | 1129-000 | $5,921.82 |
| Liquor license | 1129-000 | $35,025.00 |
| Restaurant equipment-See Itemized list at end of Schedule B | 1129-000 | $10,000.00 |
| Refund from utility company | 1290-000 | $3,273.14 |
| TOTAL GROSS RECEIPTS | | $54,219.96 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gordon Food Service, Inc. | 4110-000 | $22,121.00 | $0.00 | $0.00 | $0.00 |
| TOTAL SECURED CLAIMS | | | $22,121.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Collene K. Corcoran, Trustee | 2100-000 | NA | $5,961.00 | $5,961.00 | $5,961.00 |
| COLLENE K. CORCORAN, Trustee | 2200-000 | NA | $50.00 | $50.00 | $50.00 |
| INSURANCE PARTNERS AGENCY, INC. | 2300-000 | NA | $8.99 | $8.99 | $8.99 |
| Seibert Keck Insurance Trustee Bond Payment | 2300-000 | NA | $11.34 | $11.34 | $11.34 |
| Siebert Keck Insurance Trustee Bond Payment | 2300-000 | NA | $0.94 | $0.94 | $0.94 |
| STATE OF MICHIGAN | 2420-000 | NA | $950.00 | $950.00 | $950.00 |
| Pinnacle Bank | 2600-000 | NA | $355.82 | $355.82 | $355.82 |
| STATE OF MICHIGAN | 2820-000 | NA | $950.00 | $950.00 | $950.00 |
| Gordon Food Service | 2990-000 | NA | $10,642.35 | $10,642.35 | $10,642.35 |

| | | | | | |
|---|---|---|---|---|---|
| COLLENE K. CORCORAN, Attorney for Trustee | 3110-000 | NA | $8,910.00 | $8,910.00 | $8,910.00 |
| COLLENE K. CORCORAN, Attorney for Trustee | 3120-000 | NA | $647.90 | $647.90 | $647.90 |
| REPOCAST.COM, On-Line Auctioneer for Trustee | 3630-000 | NA | $3,502.00 | $3,502.00 | $3,502.00 |
| REPOCAST.COM, On-Line Auctioneer for Trustee | 3640-000 | NA | $100.00 | $100.00 | $100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $32,090.34 | $32,090.34 | $32,090.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Michigan Department of Treasury | 5800-000 | $194,238.33 | $104,340.37 | $104,340.37 | $22,129.62 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $194,238.33 | $104,340.37 | $104,340.37 | $22,129.62 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Adkison Need Allen & Rentrop PLLC | 7100-000 | $206.50 | $1,351.25 | $1,351.25 | $0.00 |
| 2 | Green Oak Owner 1, LLC | 7100-000 | $57,358.14 | $180,558.65 | $180,558.65 | $0.00 |
| 3a | Michigan Department of Treasury | 7100-000 | $0.00 | $19,922.02 | $19,922.02 | $0.00 |
| 4 | Bluestone Franchising Company LLC | 7100-000 | $0.00 | $1,315.21 | $1,315.21 | $0.00 |
| | CDI | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | Continental Linen Service | 7100-000 | $4,120.60 | $0.00 | $0.00 | $0.00 |
| | Gordon Food Service | 7100-000 | $10,122.03 | $0.00 | $0.00 | $0.00 |
| | Green Oak Owner 1, LLC | 7100-000 | $6,392.17 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| LaGrasso Brothers | 7100-000 | $3,703.10 | $0.00 | $0.00 | $0.00 |
| State Road Partners, LLC | 7100-000 | $201,797.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $285,199.54 | $203,147.13 | $203,147.13 | $0.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 19-31032-JDA | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | Date Filed (f) or Converted (c): | 04/25/2019 (f) |
| For the Period Ending: | 12/2/2021 | §341(a) Meeting Date: | 06/03/2019 |
| | | Claims Bar Date: | 07/29/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash on hand | $1,000.00 | $0.00 | | $0.00 | FA |
| 2  Comerica Bank. Current balance is approximate | $6,000.00 | $5,921.82 | | $5,921.82 | FA |
| 3  Accounts receivable | $1,500.00 | $0.00 | | $0.00 | FA |
| 4  Food and liquor | $16,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** no perishable food on site, trustee prohibited from selling liquor. | | | | | |
| 5  Desk and chair (no value) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** included with sale of restaurant equipment | | | | | |
| 6  Computers and Point of sale machines | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** included with sale of restaurant equipment, point of sale machines were leased and returned to owners. | | | | | |
| 7  Wall art | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** included with sale of restaurant equipment | | | | | |
| 8  Restaurant equipment-See Itemized list at end of Schedule B | $5,000.00 | $10,000.00 | | $10,000.00 | FA |
| 9  9475 Village Place Blvd., Brighton, MI 48116 (depreciation schedule available) Believed to have limited value because Lessee interest in Ground Lease which is in default | Unknown | $0.00 | | $0.00 | FA |
| 10  Domain name | $0.00 | $0.00 | | $0.00 | FA |
| 11  Liquor license | $60,000.00 | $35,000.00 | | $35,025.00 | FA |
| 12  Customer list | $0.00 | $0.00 | | $0.00 | FA |
| 13  Refund from utility company  (u) | $0.00 | $3,273.14 | | $3,273.14 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$91,500.00   $54,194.96   $54,219.96   $0.00

**Major Activities affecting case closing:**

10/06/2021   Trustee investigating/liquidating business assets. Trustee returned all leased equipment to owners, 5/16/19 Motion to Sell Assets filed with Court, excluding liquor license. 5/31/19 Order entered approving sale. 5/24/19 Motion to Reject lease filed, 6/24/19 Order entered to allow trustee to reject lease. 7/19/19 Application for attorney fees filed, Order entered approving fees 8/12/19. 7/26/19 Application for approval of administrative expenses for Gordon Food Service filed, 8/19/19 Order entered approving administrative expenses. 10/01/19 Motion to Sell Liquor License filed with Court, 10/11/19 Amended Motion filed with Court. 11/05/19 Order entered approving sale of liquor license, awaiting approval from Michigan Liquor Control Commission, which approval has been delayed due to government shutdown. Purchaser refused to consummate sale due to current restrictions. Trustee retaining auctioneer to sell liquor license. 7/19/21 Order Granting Trustee's Motion to Sell Assets via public auction. Auction held, 8/5/21 Trustee's Report of Auction Sale. 8/19/21 Final Application for Attorney for Trustee Fees and Expenses, 9/13/21 Order entered approving fees. No claims objections. Final Report to UST.

| | |  | |
|---|---|---|---|
| **Case No.:** | 19-31032-JDA | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** | STATE ROAD BRIGHTON, LLC | **Date Filed (f) or Converted (c):** | 04/25/2019 (f) |
| **For the Period Ending:** | 12/2/2021 | **§341(a) Meeting Date:** | 06/03/2019 |
| | | **Claims Bar Date:** | 07/29/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/30/2021 | /s/ COLLENE K. CORCORAN |
| **Current Projected Date Of Final Report (TFR):** | 10/06/2021 | COLLENE K. CORCORAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31032-JDA | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3493 | | Checking Acct #: | ******0116 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/25/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/2/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2019 | (2) | State Road Brighton LLC - Cashier's Check | Funds withdrawn by Debtor from bank account and provided to trustee in form of cashier's check | 1129-000 | $5,921.82 | | $5,921.82 |
| 06/07/2019 | (8) | Green Oak Owner 1 LLC | Sales proceeds per Order dated 5/31/19 | 1129-000 | $10,000.00 | | $15,921.82 |
| 08/13/2019 | 2001 | COLLENE K. CORCORAN | Attorney fees per order dated 8/12/19 | 3110-000 | | $5,040.00 | $10,881.82 |
| 08/13/2019 | 2002 | COLLENE K. CORCORAN | Attorney expenses per order dated 8/12/19 | 3120-000 | | $223.90 | $10,657.92 |
| 12/03/2019 | 2003 | INSURANCE PARTNERS AGENCY, INC. | Trustee Bond Premium Policy #3517698 11/01/2019 to 11/01/2020 | 2300-000 | | $8.99 | $10,648.93 |
| 05/26/2020 | 2004 | STATE OF MICHIGAN | Renewal fee License 000250733, 18-14536, 18-14539, License 000250734 | 2820-000 | | $950.00 | $9,698.93 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $169.73 | $9,529.20 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($169.73) | $9,698.93 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $13.95 | $9,684.98 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.39 | $9,670.59 |
| 09/28/2020 | (13) | DTE Electric Company | refund from utility | 1290-000 | $3,273.14 | | $12,943.73 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.22 | $12,929.51 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.21 | $12,910.30 |
| 11/24/2020 | 2005 | SeibertKeck Insurance Partners | Trustee Insurance Bond payment, Invoice no. 583331, Bond #3517698 | * | | $12.28 | $12,898.02 |
| | | | Seibert Keck Insurance Trustee Bond Payment $(11.34) | 2300-000 | | | $12,898.02 |
| | | | Siebert Keck Insurance Trustee Bond Payment $(0.94) | 2300-000 | | | $12,898.02 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.57 | $12,879.45 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.16 | $12,860.29 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.11 | $12,841.18 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $17.23 | $12,823.95 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.06 | $12,804.89 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.41 | $12,786.48 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $19.00 | $12,767.48 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.36 | $12,749.12 |
| 07/15/2021 | 2006 | STATE OF MICHIGAN | Liquor License Renewal L-000250733 Class C | 2420-000 | | $950.00 | $11,799.12 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.46 | $11,780.66 |
| 08/04/2021 | (11) | REPOCAST.COM IIUC | sale proceeds per order dated 7/19/21 | 1129-000 | $34,925.00 | | $46,705.66 |
| 08/10/2021 | (11) | REPOCAST.COM INC | rest of proceeds from sale per order dated 7/19/21 | 1129-000 | $100.00 | | $46,805.66 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $66.07 | $46,739.59 |
| 09/01/2021 | 2007 | REPOCAST.COM | Auctioneer fees per order dated 8/31/21 | 3630-000 | | $3,502.00 | $43,237.59 |
| | | | | SUBTOTALS | $54,219.96 | $10,982.37 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31032-JDA | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | STATE ROAD BRIGHTON, LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3493 | | Checking Acct #: | ******0116 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/25/2019 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/2/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/01/2021 | 2008 | REPOCAST.COM | Auctioneer Expenses per order dated 8/31/21 | 3640-000 | | $100.00 | $43,137.59 |
| 09/13/2021 | 2009 | COLLENE K. CORCORAN | Attorney for Trustee fees per order 9/13/21 | 3110-000 | | $3,870.00 | $39,267.59 |
| 09/13/2021 | 2010 | COLLENE K. CORCORAN | Attorney for Trustee expenses per order 9/13/21 | 3120-000 | | $424.00 | $38,843.59 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $60.62 | $38,782.97 |
| 11/08/2021 | 2011 | Collene K. Corcoran | Trustee Compensation per order dated 11/8/21 | 2100-000 | | $5,961.00 | $32,821.97 |
| 11/08/2021 | 2012 | COLLENE K. CORCORAN | Trustee Expenses per order dated 11/8/21 | 2200-000 | | $50.00 | $32,771.97 |
| 11/08/2021 | 2013 | Michigan Department of Treasury/Revenue/AG | Claim #: 3; Amount Claimed: 104,340.37; Amount Allowed: 104,340.37; Distribution Dividend: 21.21; | 5800-000 | | $22,129.62 | $10,642.35 |
| 11/08/2021 | 2014 | Gordon Food Service | Per order dated 8/19/19; Claim #: 5; Amount Claimed: 10,642.35; Amount Allowed: 10,642.35; Distribution Dividend: 100.00; | 2990-000 | | $10,642.35 | $0.00 |
| | | | TOTALS: | | $54,219.96 | $54,219.96 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $54,219.96 | $54,219.96 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $54,219.96 | $54,219.96 | |

**For the period of 4/25/2019 to 12/2/2021**

| | |
|---|---|
| Total Compensable Receipts: | $54,219.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,219.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $54,219.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54,219.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/30/2019 to 12/2/2021**

| | |
|---|---|
| Total Compensable Receipts: | $54,219.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,219.96 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $54,219.96 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54,219.96 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 19-31032-JDA | |
| Case Name: | STATE ROAD BRIGHTON, LLC | |
| Primary Taxpayer ID #: | **-***3493 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 4/25/2019 | |
| For Period Ending: | 12/2/2021 | |

| | |
|---|---|
| Trustee Name: | Collene K. Corcoran |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0116 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $54,219.96 | $54,219.96 | $0.00 |

| For the period of 4/25/2019 to 12/2/2021 | | For the entire history of the case between 04/25/2019 to 12/2/2021 | |
|---|---|---|---|
| Total Compensable Receipts: | $54,219.96 | Total Compensable Receipts: | $54,219.96 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $54,219.96 | Total Comp/Non Comp Receipts: | $54,219.96 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $54,219.96 | Total Compensable Disbursements: | $54,219.96 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $54,219.96 | Total Comp/Non Comp Disbursements: | $54,219.96 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN